JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/20/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>J.L. NORWOOD, et al.,<br><br>    Defendants. | Case No. EDCV 08-1374-SJO (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3/18/09

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE